John Estefanos, Esq., State Bar No. 310884
Estefanos Law, APC
451 A Street, Suite 425
San Diego, CA 92101
John@Estefanoslaw.com
Telephone: (619) 431-0000
Facsimile: (619) 431-2000

Attorneys for Defendants

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br>vs.<br><br>VERT LAKE ELSINORE, LLC dba LEMONADE,<br><br>Defendant. | Case No.: 8:23-cv-01745<br><br>**DEFENDANT'S ANSWER TO COMPLAINT** |

Defendant VERT LAKE ELSINORE, LLC ("Defendant") now answers the Complaint filed by Plaintiff ASHER BRONSTIN ("Plaintiff"), as follows:

**GENERAL DENIAL**

Pursuant to the provisions of California Code of Civil Procedure section 431030(d), Defendants deny generally and specifically each and every allegation contained in the Complaint and each and every cause of action and deny that Plaintiff sustained any injuries or damages or is entitled to any of the relief

sought in the Complaint. Defendants specifically deny that Plaintiff has been damaged in the manner alleged, or in the sum or sums alleged or to be alleged, or in any manner or sum by any act or omission or any other conduct or absence thereof on the part of the Defendants. In addition, Defendants deny that Plaintiffs have sustained, or will sustain, any loss or damage in the manner or amount alleged or otherwise.

## AFFIRMATIVE DEFENSES

Defendant. alleges the following affirmative defenses to the Complaint. In asserting these affirmative defenses, Defendants do not assume the burden to establish any fact or proposition where that burden is properly imposed on Plaintiffs:

### FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Claim)**

The Complaint, and each and every cause of action set forth therein, when considered separate and apart, fails to state facts sufficient to constitute a cause of action against this answering Defendant, upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
**(Failure to State a Claim)**

The First Cause of Action set forth in the Complaint fails to state facts sufficient to constitute a cause of action against this answering Defendant, upon which relief may be granted.

### THIRD AFFIRMATIVE DEFENSE
**(Failure to State a Claim)**

The Second Cause of Action set forth in the Complaint fails to state facts sufficient to constitute a cause of action against this answering Defendant, upon which relief may be granted

**FOURTH AFFIRMATIVE DEFENSE**

**(Class Not Certifiable)**

Defendant alleges that the Complaint, and each of the causes of action thereof, is barred because the purported class lacks the requisite commonality of law and fact and these action is not properly suited for class action treatment under applicable California law.

**FIFTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

Defendant alleges, without admitting any liability whatsoever, that the Complaint, and each of the causes of action thereof, that to the extent Plaintiffs seek damages for injury which occurred prior to the applicable limitations period, the Complaint, and each cause of action therein, is barred by the applicable statutes of limitations.

**SIXTH AFFIRMATIVE DEFENSE**

**(Lack of Typical Claims)**

Defendant alleges, without admitting any liability whatsoever, that the Complaint and each of the cause of action thereof, is barred because the class representative's claims and defenses are not typical of the purported class members.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Unsuitable Class Representatives)**

Defendant alleges, without admitting any liability whatsoever, that the Plaintiff is not representative of the various unnamed members of the purported class and each cause of action therein, is barred because the action is not being brought by a competent plaintiff for the benefit of any injured parties.

**EIGHTH AFFIRMATIVE DEFENSE**

**(No Substantial Benefit)**

Defendant alleges, without admitting any liability whatsoever, that no substantial benefit will result to either the litigants, the public or the court under California *Code of Civil Procedure* ' 382.

//

## NINTH AFFIRMATIVE DEFENSE

**(No Unlawful Activity)**

Defendant alleges that the Complaint and each and every cause of action thereof is barred because Defendant has not engaged in any unlawful or unfair business practices.

## TENTH AFFIRMATIVE DEFENSE

**(Consent)**

Defendant alleges that the acts complained of in the Complaint were consented to by Plaintiff thereby barring any recovery herein.

## ELEVENTH AFFIRMATIVE DEFENSE

**(Violation of Public Policy)**

Defendant alleges to grant the relief requested by Plaintiff in the Complaint would be contrary to and against public policy and, as a consequence thereof, Plaintiff is barred from recovery herein.

## TWELFTH AFFIRMATIVE DEFENSE

**(Defendants Acted Reasonably and in Good Faith)**

Defendant alleges that each Defendant acted reasonably and in good faith at all times material hereto.

## THIRTEENTH AFFIRMATIVE DEFENSE

**(Additional Defenses)**

Defendant states that there may be additional defenses that cannot be articulated due to Plaintiff's failure to particularize their claims, due to the fact that Defendants do not have copies of certain documents bearing on Plaintiff's alleged claims and due to Plaintiff's failure to provide more specific information concerning the nature of the damage claims. Defendants therefore reserve the right to assert additional defenses upon further particularization of Plaintiff's claims, upon examination of the documents provided, upon discovery of further information concerning the alleged damage claims and upon the development of other pertinent information.

## PRAYER

WHEREFORE, Defendant prays for judgment or relief against Plaintiffs as follows:

1. That the claims against Defendant be dismissed, with prejudice, and that the Plaintiffs take nothing.
2. That Defendant be awarded all attorney's fees, costs, and disbursements incurred in defending this matter; and
3. For such other and further relief, including declaratory, equitable relief, and damages, as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Defendant hereby demands a trial by jury pursuant to Federal Rules of Civil Procedure, Rule 38, and Central District of California Local Rules, Rule 38-1.

Dated: November 15, 2023

By: _____

Estefanos Law, APC

Attorneys for Defendants