Anthony Paronich, *Pro Hac Vice*
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100

*Attorney for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>VERT LAKE ELSINORE, LLC<br><br>*Defendant*. | Case No. 8:23-cv-1745 |

**<u>STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>**

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

PLAINTIFF,

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.

1

350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com


DEFENDANT,

By:

*/s/ John M. Estefanos*
John M. Estefanos
Estefanos Law APC
701 B Street, Suite 1570
San Diego, CA 92101
[o] (619) 431-0000
[f] (619) 431-20000
John@Estefanoslaw.com